**Fill in this information to identify the case:**

Debtor 1: Elizabeth Grace Wright
First Name — Middle Name — Last Name

Debtor 2:
(Spouse, if filing) First Name — Middle Name — Last Name

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 22-10250-BFK

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ]  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓]  The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 115.00 | 5/13/2022 |
| $ 100.00 | 6/17/2022 |
| + $ 98.00 | 7/22/2022 |
| **Total** $ 313.00 | |

If the debtor's(s') bankruptcy case is dismissed, the debtor's(s') rights in other bankruptcy proceedings may be affected.

If the debtor's(s') bankruptcy case is dismissed, the remaining filing fee is due and payable within 14 days following dismissal of the case and subsequent applications to pay filing fees in installment will be denied until all prior filing fees are paid in full.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Mar 8 2022
Month / day / year

By the court: /s/ Brian F Kenney
United States Bankruptcy Judge

Notice of Judgment or Order Entered on Docket: Mar 8 2022

[103Aoapp ver. 12/17]