UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Alexandria _____ Division

In re:    Elizabeth Grace Wright

Case No.  22-10250-BFK
Chapter   13

Debtor(s)

## ORDER ON CERTIFICATION OF EXIGENT CIRCUMSTANCES
## FOR DEFERMENT OF CREDIT COUNSELING REQUIREMENT

Upon consideration of the certification of exigent circumstances filed by the debtor(s) for deferment of the credit counseling requirement under 11 USC § 109(h),  *[check applicable section below]*

_____ **SCHEDULED FOR HEARING**:  A hearing to consider the debtor's Certification Of Exigent Circumstances For Deferment Of Credit Counseling shall be held on _____, at _____, at _____.
**IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING DEFERMENT OF THE CREDIT COUNSELING REQUIREMENT BY DEFAULT.**

___X___ the Court having determined that the certification is satisfactory, it is

**ORDERED** that the debtor is GRANTED a deferment of the credit counseling requirement under 11 USC § 109(h), through and including ____April 8, 2022____; and, it is further **ORDERED,** that the debtor's failure to file a Certificate Of Credit Counseling And Debt Repayment Plan, if any, by the date indicated above, will result in the entry of an order dismissing this case without further notice from the court.

_____ the Court having determined that the certification of exigent circumstances was not satisfactory and therefore does not meet the deferment requirements under 11 USC 109(h), it is

**ORDERED** that the debtor is DENIED a deferment of the credit counseling requirement under 11 USC §109(h) and, pursuant to Local Bankruptcy Rule 1007-1(A), this case is hereby dismissed; and**,** it is further

*[If appropriate]*  **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED,** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

Date: _Mar 8 2022_____

/s/ Brian F Kenney_____
U.S. Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
_Mar 9 2022_____ _____

_____