UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re:    Elizabeth Grace Wright

                                                                    Case No.  22-10250-BFK
                                                                    Chapter   13
                      Debtor(s)

## ORDER ON CERTIFICATION OF EXIGENT CIRCUMSTANCES
## FOR DEFERMENT OF CREDIT COUNSELING REQUIREMENT

Upon consideration of the certification of exigent circumstances filed by the debtor(s) for deferment of the credit counseling requirement under 11 USC § 109(h),  *[check applicable section below]*

_____ **SCHEDULED FOR HEARING**:  A hearing to consider the debtor's Certification Of Exigent Circumstances For Deferment Of Credit Counseling shall be held on _____, at _____, at _____.
**IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING DEFERMENT OF THE CREDIT COUNSELING REQUIREMENT BY DEFAULT.**

__X__ the Court having determined that the certification is satisfactory, it is

**ORDERED** that the debtor is GRANTED a deferment of the credit counseling requirement under 11 USC § 109(h), through and including ____April 8, 2022____; and**,** it is further **ORDERED,** that the debtor's failure to file a Certificate Of Credit Counseling And Debt Repayment Plan, if any, by the date indicated above, will result in the entry of an order dismissing this case without further notice from the court.

____ the Court having determined that the certification of exigent circumstances was not satisfactory and therefore does not meet the deferment requirements under 11 USC 109(h), it is

**ORDERED** that the debtor is DENIED a deferment of the credit counseling requirement under 11 USC §109(h) and, pursuant to Local Bankruptcy Rule 1007-1(A), this case is hereby dismissed; and**,** it is further
*[If appropriate]*  **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED,** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

Date:  Mar 8 2022                           /s/ Brian F Kenney
                                            U.S. Bankruptcy Judge

                                            NOTICE OF JUDGMENT OR ORDER
                                            ENTERED ON DOCKET:
                                             Mar 9 2022

[oexigent  ver. 12/19]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 22-10250-BFK |
| Elizabeth Grace Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: glennj | Page 1 of 1 |
| Date Rcvd: Mar 09, 2022 | Form ID: pdford6 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elizabeth Grace Wright, 6-1-25B-B, P.O. Box 1, Goochland, VA 23063-0593 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Regions Bank dba Regions Mortgage bankruptcy@rosenberg-assoc.com |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3